UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20789-JAL

MB INNOVATIONS, LLC,

        Plaintiff,

v.

INTERNATIONAL IP HOLDINGS, LLC,
and LE BAR, LLC,

        Defendants.
_____/

### NOTICE TO WITHDRAW INTERNATIONAL IP HOLDINGS, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND MOTION FOR ENLARGEMENT OF TIME

Defendant, INTERNATIONAL IP HOLDINGS, LLC ("IIPH"), by and through undersigned counsel and pursuant to Local Rule 7.1, hereby withdraws its pending Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss"), and moves for an enlargement of time of fourteen (14) days from the date of the Order withdrawing the Motion to Dismiss in which to plead, move or otherwise respond to the Amended Complaint. As good cause supporting this notice and motion IIPH states:

    1.    On April 23, 2014, Plaintiff filed its Amended Complaint for Damages and Injunctive Relief. [D.E. 10].

    2.    On May 5, 2014, IIPH filed its Motion to Dismiss. [D.E. 20].

    3.    On May 20, 2014, Plaintiff filed its Response to the Motion to Dismiss [D.E. 26].

    4.    On June 2, 2014, this Court granted IIPH an enlargement of time until June 9, 2014 in which to file its Reply to Plaintiff's Response to the Motion to Dismiss. [D.E. 28].

5. On June 5, 2014, IIPH filed its Agreed Motion For Withdrawal And Substitution Of Counsel For Defendant International IP Holdings, LLC, [D.E. 31], which Agreed Motion was granted on June 9, 2014. [D.E. 32].

6. IIPH's new counsel, Carlton Fields Jorden Burt, P.A. ("CFJB"), was retained after the filing of the Motion to Dismiss, and has determined that the Motion to Dismiss is not necessary to IIPH's defense. Accordingly, IIPH believes the withdrawal of the Motion to Dismiss will serve the best interests of IIPH.

7. No prejudice to Plaintiff will result from the withdrawal of the Motion to Dismiss and counsel for Plaintiff has agreed to the withdrawal of the Motion to Dismiss.

8. IIPH requests an enlargement of time of fourteen (14) days from the date of the Court's Order withdrawing the Motion to Dismiss in which to plead, move or otherwise respond to the Amended Complaint.

9. This additional time is necessary to allow new counsel time to meet and confer with Defendant IIPH to develop its defense strategy and to prepare its response to the Amended Complaint.

10. No prejudice to Plaintiff will result from the requested enlargement of time of fourteen (14) days, and counsel for Plaintiff has agreed thereto.

11. Pursuant to Local Rule 7.1(a)(2), a proposed Order granting this motion is attached hereto as Exhibit A.

WHEREFORE, Defendant, International IP Holdings, LLC, respectfully requests that this Court enter an Order withdrawing IIPH's Motion to Dismiss and enlarging the time to fourteen (14) days from the date of entry of this Court's Order within which IIPH has to plead,

move, or otherwise respond to the Amended Complaint in this matter, and granting such other and further relief as the Court deems appropriate.

## Certificate of Compliance with Local Rule 7.1

Counsel for Defendant certify that they have conferred with opposing counsel and are authorized to represent that opposing counsel has no objection to the relief sought herein.

Dated: June 9, 2014

Respectfully submitted,

s/ *Amy Lane Hurwitz*
Amy Lane Hurwitz, Esq.
Florida Bar No. 0343810
Jill Riola, Esq.
Florida Bar No.  432393
Stephen J. Leahu, Esq.
Florida Bar No. 0054037
CARLTON FIELDS JORDEN BURT, P.A.
100 S.E. 2nd Street, Suite 4200
Miami, Florida 33131
Telephone:  (305) 530-050
Facsimile:  (305) 530-0055
Email: ahurwitz@cfjblaw.com
          jriola@cfjblaw.com
          sleahu@cfjblaw.com
*Attorneys for Defendant International IP Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

s/ *Amy Lane Hurwitz*
Amy Lane Hurwitz, Esq.
Florida Bar No. 0343810

## SERVICE LIST

**MB Innovations, LLC v. International IP Holdings, LLC and Le Bar, LLC**
**Case No. 14-CV-20789-JAL**

| | |
|---|---|
| Ricardo Ruz<br>Rick Ruz, PLLC<br>300 Sevilla Avenue<br>Suite 309<br>Coral Gables, FL 33134<br>Phone: 305-921-9326<br>Fax: 888-506-2833<br>Email: rickruz@ruzlaw.com<br>*Attorneys for Plaintiff* | Jill Riola, Esq.<br>Amy Lane Hurwitz, Esq.<br>Stephen J. Leahu, Esq.<br>CARLTON FIELDS JORDEN BURT, P.A<br>100 S.E. 2nd Street, Suite 4200<br>Miami, Florida 33131<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>Email: jriola@cfjblaw.com<br>ahurwitz@cfjblaw.com<br>sleahu@cfjblaw.com<br>*Attorneys for Defendant LE Bar* |

35112510.1