# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-20789-JAL

MB INNOVATIONS, LLC,

        Plaintiff,

  v.

INTERNATIONAL IP HOLDINGS, LLC,
and LE BAR, LLC,

        Defendants.
_____/

**[PROPOSED] ORDER WITHDRAWING DEFENDANT INTERNATIONAL IP HOLDINGS, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND GRANTING ITS MOTION FOR ENLARGEMENT OF TIME**

      This matter came before the Court on Defendant International IP Holdings, LLC's Notice of Withdrawal of Motion to Dismiss Amended Complaint and Motion for Enlargement of Time of fourteen (14) days from the date of entry of this Order in which to plead, move or otherwise respond to the Amended Complaint [D.E. \_\_\_].

      The Court, having reviewed the file and being otherwise fully advised in the premise, ORDERS AND ADJUDGES that the Motion is GRANTED. The Defendant International IP Holdings, LLC's Motion to Dismiss Plaintiff's Amended Complaint is hereby WITHDRAWN and Defendant International IP Holdings, LLC shall have fourteen (14) days from the date of entry of this ORDER to plead, move, or otherwise respond to Plaintiff's Amended Complaint for Damages and Injunctive Relief.

      DONE AND ORDERED in Chambers in Miami, Florida, this \_\_\_\_\_ day of June, 2014.

                                              _____
                                              JOAN A. LENARD
                                              DISTRICT COURT JUDGE

cc: Counsel of Record